AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frank, Eric L. | ED Pa - Bankruptcy Court | 02/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Compensation as author from Matthew Bender Co./Lexis-Nexis | $160.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | "of counsel" attorney for law firm, Greenblatt, Pierce, Funt & Flores, LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | William D. Ford Federal Direct Loan Program | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Beneficial Bank - Acc't #1 (904) (X) | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMONWEALTH ANNUITY | | | | | | | | | |
| 6. ------ Alliance Bernstein Growth and Income | A | Int./Div. | J | T | | | | | |
| 7. ------ Alliance Bernstein Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 8. ------- Fidelity VIP Equity Income | A | Dividend | J | T | | | | | |
| 9. ------ GS VIT Capital Growth | A | Dividend | J | T | | | | | |
| 10. ------ GS VIT Core Fixed Income | A | Int./Div. | K | T | | | | | |
| 11. ------ GS VIT Equity Index | A | Int./Div. | J | T | | | | | |
| 12. ------ GS VIT International Equity | A | Int./Div. | J | T | | | | | |
| 13. ------- GS VIT Money Market | A | Interest | J | T | | | | | |
| 14. ------- Janus Aspen Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 15. ------ T. Row Price International - common stock | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Fidelity 403(b) Account | | | | | | | | | |
| 22. ------ Fidelity Equity Income Fund - mutual fund | E | Dividend | M | T | | | | | |
| 23. ------- Fidelity Cash Reserves - moneymarket | A | Interest | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. Morgan Stanley | | | | | | | | | |
| 26. ------First Eagle Sog Glob-mut. fund | A | Dividend | J | T | | | | | |
| 27. ------ Franklin Founds FDS Alloc C | A | Dividend | K | T | | | | | |
| 28. ------ Pa St Tpke Commn bond | A | Interest | J | T | | | | | |
| 29. ------ Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 30. ----- AT&T, Inc. | A | Dividend | K | T | | | | | |
| 31. ----- Verizon Communications | A | Dividend | K | T | | | | | |
| 32. ----- SPDR Trust Series I | A | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. Zurich Adv. III - 403(b) TSA | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 37. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 38. | | | | | | | | | |
| 39. OPPENHEIMER ACC'T #1 (238) | | | | | | | | | |
| 40. ----- Advantage Municipal Liq Fd - money market | A | Dividend | L | T | | | | | |
| 41. ------ American International Group - common stock | A | Dividend | J | T | Sold (part) | 01/05/16 | J | A | |
| 42. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 43. ------Boeing Co. - common stock | B | Dividend | M | T | | | | | |
| 44. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |
| 45. ------ Chemours, Inc. | A | Int./Div. | J | T | | | | | |
| 46. ------ Comcast Corp. - common stock | A | Dividend | K | T | | | | | |
| 47. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 48. ------ Corning - common stock | A | Dividend | K | T | | | | | |
| 49. -------- DuPont El de Nemours - common stock | A | Dividend | K | T | | | | | |
| 50. ----- Duke Energy Corp. - common stock | A | Dividend | J | T | | | | | |
| 51. ----- Express Scripts Hldg Co. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 53. ------ Microsoft - common stock | A | Dividend | K | T | | | | | |
| 54. ------ Monsanto Co. - common stock | A | Dividend | J | T | | | | | |
| 55. ------ Nextera Energy - common stock | A | Dividend | K | T | | | | | |
| 56. ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 57. ----- Phillips 66 - common stock | A | Dividend | K | T | | | | | |
| 58. ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 59. ------- Royal Bancshares - common stock | | Dividend | J | T | Buy | 09/21/16 | J | | |
| 60. ------- Royal Bancshare - common stock | | | | | Sold | 11/10/16 | J | A | |
| 61. -------- Black Rock Income Tr - mutual fund | A | Dividend | J | T | | | | | |
| 62. -------- Black Rock Pa Strat Mun Tr - mutual fund | A | Dividend | J | T | | | | | |
| 63. ----- Invesco Pa Val Munc Inc Tr - mutual fund | A | Dividend | J | T | | | | | |
| 64. Nuveen Pa Prem Inc Mun Fd - mutual fund | A | Dividend | K | T | | | | | |
| 65. ----- Van Eck Fds Intl Inv Gold Fd | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. OPPENHEIMER ACC'T #2 (825) | | | | | | | | | |
| 68. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |
| 70. ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. OPPENHEIMER ACC'T # 3 (717) | | | | | | | | | |
| 73. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | J | T | | | | | |
| 74. ----- Self Storage Group Inc. (X) | A | Dividend | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. OPPENHEIMER ACC'T # 4 (082) | | | | | | | | | |
| 77. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 78. ----- Self Storage Group Inc. (X) | A | Int./Div. | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. OPPENHEIMER ACC'T #5 (494) | | | | | | | | | |
| 81. ----- Advantage Bank Deposit (X) | C | Dividend | L | T | | | | | |
| 82. ----- Alliance Bernstein Inc Fd | A | Dividend | | | Sold | 03/10/16 | L | A | |
| 83. ----- Blackrock Res & Comm Strat Tr - mut fund | A | Dividend | K | T | | | | | |
| 84. ----- CBRE Clarion Global R.E. - mutual fund | A | Dividend | J | T | | | | | |
| 85. ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ------ Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 87. ------ Invesco Sr Income Tr -mutual fund | A | Dividend | L | T | Buy | 03/10/16 | K | | |
| 88. ----- Putnam Master Income Tr | A | Dividend | K | T | Buy | 05/20/16 | K | | |
| 89. ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |
| 90. ----- General Electric - common stock | B | Dividend | K | T | | | | | |
| 91. ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 92. ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 93. ----- CenturyLink, Inc. - common stock | A | Dividend | J | T | | | | | |
| 94. ------ Hershey - common stock | A | Dividend | K | T | | | | | |
| 95. ------ Pfizer - common stock | A | Dividend | K | T | | | | | |
| 96. ----- Rite Aid | A | Dividend | K | T | Buy | 10/06/16 | K | | |
| 97. ----- Global Self Storage Group, Inc.(X) | A | Dividend | K | T | | | | | |
| 98. ----- Mastr Asset 2003-12 6A1 - gov't bond | A | Interest | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. Oppenheimer ACCT #6 (274) | | | | | | | | | |
| 101. ----- Advantage bank deposits | A | Interest | J | T | | | | | |
| 102. ----- AllianceBernstein Income Fd | A | Interest | | | Sold | 03/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ----- Putnam Master Inc Tr | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 104. | | | | | | | | | |
| 105. Oppenheimer ACCT #7 (719) | | | | | | | | | |
| 106. ----- Advantage Bank | A | Interest | J | T | | | | | |
| 107. ----- Virtus Total Return Fd | A | Distribution | J | T | Buy | 04/07/16 | J | | |
| 108. | | | | | | | | | |
| 109. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. Nexterra Energy, Inc. - common stock | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. Stiffel Nicolaus - Account #1 (099) | | | | | | | | | |
| 116. ----- Hanover PA Area Sch Dist bond | A | Interest | J | T | | | | | |
| 117. ----- Octorora Pa Area Sch Dist bond | A | Interest | J | T | | | | | |
| 118. ----- Altoona CPA City Auth Watr Rev bond | A | Interest | J | T | Buy | 01/29/16 | J | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stiffel Nicolaus - Account #2 (027) | | | | | | | | | |
| 121. ------- money market | A | Int./Div. | J | T | | | | | |
| 122. ------ Marple Newtown Pa Sch Dist bond | A | Interest | J | T | | | | | |
| 123. ------ Bucks Cty PA WTR & SWR AUTH SWR SYS REV AGM | A | Interest | J | T | Redeemed | 12/01/16 | J | A | |
| 124. ----- West Shore P Sch Dist Asrd Gty bond | A | Interest | J | T | Buy | 11/30/16 | J | | |
| 125. | | | | | | | | | |
| 126. Republic Bank - CD | C | Int./Div. | | | Redeemed | 10/17/16 | J | A | |
| 127. | | | | | | | | | |
| 128. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. T. Rowe Price International mutual fund | E | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. TRUST #1 - AGGREGATE OWNERSHIP | | | | | | | | | |
| 133. ------Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 134. ------ Schwab Cash Reserves | A | Interest | J | T | | | | | |
| 135. ----- Apple - common stock | A | Dividend | K | T | | | | | |
| 136. ----- Auto Data Processing | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ------ Boeing Co. - common stock | A | Dividend | J | T | | | | | |
| 138. ------ Colgate-Palmolive Co. - common stock | A | Dividend | K | T | | | | | |
| 139. ----- Conoco Phillips Co. - common stock | A | Dividend | J | T | | | | | |
| 140. ----- CVS Health Corp. - common stock | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 141. ----- Diageo PLC - common stock | A | Dividend | K | T | | | | | |
| 142. ----- Discover Financial Svs - common stock | A | Dividend | J | T | | | | | |
| 143. ----- Disney, Walt - common stock | A | Dividend | K | T | | | | | |
| 144. ------Du Pont - common stock | A | Dividend | | | Sold | 06/08/16 | K | A | |
| 145. ------ Exxon Mobil Corp. - common stock | A | Dividend | K | T | | | | | |
| 146. ------ Fed Ex Corp. - common stock | A | Dividend | K | T | | | | | |
| 147. ------ FMC Technologies - common stock | A | Dividend | K | T | | | | | |
| 148. ------ Home Depot, Inc. - common stock | A | Dividend | K | T | | | | | |
| 149. ----- Honeywell Int'l - common stock | A | Dividend | K | T | | | | | |
| 150. ------ Johnson & Johnson - common stock | A | Dividend | K | T | | | | | |
| 151. ----- McCormick & Co. - common stock | A | Dividend | K | T | | | | | |
| 152. ----- McDonald's Corp. - common stock | A | Dividend | K | T | | | | | |
| 153. ----- Medtronic PLC - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ----- Microsoft Corp. - common stock | A | Dividend | K | T | | | | | |
| 155. -----Nordson Corp. - common stock | A | Dividend | K | T | | | | | |
| 156. ------ Pepsico, Inc. - common stock | A | Dividend | K | T | | | | | |
| 157. ------ Proctor & Gamble - common stock | A | Dividend | K | T | | | | | |
| 158. ------South Jersey Inds., Inc. - common stock | A | Dividend | K | T | | | | | |
| 159. ----- Starbucks Corp. - common stock | A | Dividend | K | T | | | | | |
| 160. ----- Stryker Corp. - common stock | A | Dividend | K | T | | | | | |
| 161. ----- Texas Instruments - common stock | A | Dividend | K | T | | | | | |
| 162. ----- Tiffany & Co. NEW - common stock | A | Dividend | | | Sold | 03/09/16 | J | A | |
| 163. ------ Under Armour, Inc. - common stock | A | Dividend | K | T | | | | | |
| 164. ----- Valley National Bancorp | A | Dividend | J | T | | | | | |
| 165. ----- Verizon Communications - common stock | B | Dividend | K | T | | | | | |
| 166. ----- VF Corp. - common stock | A | Dividend | J | T | | | | | |
| 167. ------ Wash Real Est Inv Trust SBI REIT | A | Dividend | J | T | | | | | |
| 168. | | | | | | | | | |
| 169. TIAA-CREF (3C-9) | | | | | | | | | |
| 170. ----- TIAA traditional annuity | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ----- CREF bond market | A | Interest | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. TIAA-CREF (273) (X) | A | Int./Div. | K | T | | | | | |
| 174. ----- UMB Bank(X) | | | | | | | | | |
| 175. ----- TIAA-CREF Lifestyle Growth Fd | A | Int./Div. | J | T | | | | | |
| 176. ----- TIAA-CREF Managed Allocation Fd | A | Int./Div. | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. T. Rowe Price - brokerage account - aggregate disclosure | | | | | | | | | |
| 179. ------ T. Rowe Price European St - mut. fund | A | Int./Div. | J | T | | | | | |
| 180. ------ T. Rowe Price Small Cap - mut. fund | D | Int./Div. | M | T | | | | | |
| 181. | | | | | | | | | |
| 182. US Treasury securities | A | Interest | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. Van Eck Global Fund | A | Dividend | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. Voya | | | | | | | | | |
| 187. ----- VY Franklin Income | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ----- Voya Large Cap (formerly Franklin Mutual) | A | Int./Div. | J | T | | | | | |
| 189. ----- VY Templeton Global | A | Int./Div. | J | T | | | | | |
| 190. | | | | | | | | | |
| 191. Vanguard Money Market Funds | | | | | | | | | |
| 192. ----- Federal Money Market | A | Interest | J | T | | | | | |
| 193. ----- Prime Money Market | A | Interest | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. Wells Fargo - sav; checking; CD and Roth IRA | A | Int./Div. | J | T | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 02/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 81: Advantage Bank Deposit was reported previously as Advantage Primary Liquid Fd.

2. Part VII, Line 74, 78 and 97 - Global Self Storage Group, Inc. was previously reported as Self Storage Group, Inc.

3. Part VII, Line 173 - The second TIAA-CREF account is the result of an inheritance

4. Part VII, Line 174 - The reference to UMB Bank in the initial 2016 Report was in error. There is no account held at that bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544